UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re: )
FRANK F GLARROW )
LINDA JACKSON GLARROW ) CASE NO. 18-33593
Debtor(s) )

## NOTICE OF APPEARANCE

Now Comes, Leonard N. Math, and files this Notice of Appearance in the above styled action on behalf of MAX CREDIT UNION and requests that further notices in this case on behalf of said creditor be sent to him as counsel of record.

/s/ Leonard N. Math, dated this __19__ day of FEBRUARY 2019

OF COUNSEL:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below on this __19__ day of FEBRUARY 2019.

x    by electronic service

SABRINA L. MCKINNEY
CHAPTER 13 TRUSTEE
PO BOX 173
MONTGOMERY AL 36101-0173
trustees_office@ch13mdal.com

PAUL D. ESCO
ATTORNEY AT LAW, LLC
2800 ZELDA ROAD; STE 200-7
MONTGOMERY AL 36106
paul.esco@aol.com

x    by regular U.S. mail

FRANK F GLARROW
LINDA JACKSON GLARROW
14 BRANTWOOD DRIVE
MONTGOMERY AL 36109

/s/ Leonard N. Math, dated this __19__ day of FEBRUARY 2019